FILED
2013 Apr-08 PM 03:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:12-cv-03551-TMP |
| ) | |
| DEEP PURPLE, LLC, et al, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Plaintiffs have filed a response to this court's order to show cause and an unopposed request for a 30-day stay of dismissal. (Doc. 7). In this request, plaintiffs state that they have reached a settlement agreement with defendants and that they are in the process of finalizing the language of the agreement. Therefore, the court hereby GRANTS plaintiff's request for a 30-day stay of dismissal. The stay shall be effective until May 9, 2013.

DONE and ORDERED this 8th day of April, 2013.

T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE