FILED
2013 Jun-17  AM 09:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BROADCAST MUSIC, INC., et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v.   ) | Case No. 2:12-cv-03551-TMP |
| ) | |
| **DEEP PURPLE, LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFFS' VOLUNTARY DISMISSAL

Pursuant to Rule 41(1)(a) of the Federal Rules of Civil Procedure, Plaintiffs dismiss with prejudice their claims in this action against all defendants.

                                       s/Don B. Long III
                                       James P. Pewitt (ASB-7646-P62J)
                                       Don B. Long III (ASB-3876-O55L)
                                       Attorneys for Plaintiffs

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, Alabama  35209
Telephone:  (205) 458-9400
Facsimile:  (204) 458-9500
jpp@johnstonbarton.com
dbl3@johnstonbarton.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2013, I emailed the foregoing to Defendants' counsel as follows:

Steven F. Casey, Esq.
Jones Walker LLP
On Federal Place, Suite 1100
1819 5th Avenue North
Birmingham, Alabama 35203
scasey@joneswalker

                                       s/Don B. Long III
                                       Of Counsel