FILED
2013 Jun-18 PM 01:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:12-cv-03551-TMP |
| ) | |
| DEEP PURPLE, LLC, et al, ) | |
| ) | |
| Defendants. ) | |

ORDER OF DISMISSAL

Plaintiffs have filed a stipulation of dismissal (Doc. 13) reciting that they voluntarily dismiss all claims asserted in this matter with prejudice. No defendant has filed an answer or otherwise appeared. The court construes plaintiffs' stipulation pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Although a court order is unnecessary, the court hereby ORDERS the dismissal of plaintiffs' claims in this matter with prejudice.

DONE and ORDERED this 18th day of June, 2013.

_____
T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE